RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Henry Joiner #109__ )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )     CIVIL ACTION NO. 2:07CV386-WKW
Sheriff D.T. Marshall )     (To be supplied by Clerk of
Give M. Savage )     U.S. District Court)
Mr. Brown + Ms. Davis )
Capt. B. Palmer-Byrd )
Mrs. More )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES ( )  NO ( )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES ( )  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Montgomery County Detention Facility_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Same as Above_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | D.T. Marshall | Montg. County Sheriffs Office |
| 2. | Gina M. Savage | " " " |
| 3. | Mrs. Brown of Public Notary | " " " |
| 4. | Capt. B. Palmer Byrd | " " " |
| 5. | Ms. Davis | " " " |
| 6. | Ms. More | " " " |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _From the 17th Day of April to Now!_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _The Montgomery County Detention Facility Refuses to Notarize my Federal Legal Papers & Documents._

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I have requested over and over, by mouth & by written Request Forms to have my Federal Complaint forms Notarized to send back to the Federal District Court and this County Jail Staff just Refuse to do so!

**GROUND TWO:** Mailed out May 1, 2001 Ferderal District Court: Middle District

**SUPPORTING FACTS:** I have been doing my very best to see & speek with the Notary of this Jail sence the 17th day of April 2007 with little or no Help... The Clerk of The United States District Court should already have all the Supporting facts

**GROUND THREE:** Page 18 of Inmate Handbook section N. States clearly...

**SUPPORTING FACTS:** Notary Services of Handbook On Inmate Rules And Regulations Montgomery County Detention Facility states "Notary Service is provided for Federal legal documents only at a charge of $.50 (50 cents) per page."

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_Order the Proper Staff of the Montgomery County Detention Facility to Notarize my Federal Legal Documents._

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _May 3, 2007_.
(Date)

_____
Signature of plaintiff(s)

4

To: Henry Conner
#1092 M.C.D.T. Cell 3A,
P.O. Box 4599,
Montgomery, AL. 36103

**INMATE MAIL**

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

MONTGOMERY AL
03 MAY 2007 PM

