IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

16 May 2007

HENRY JOINER
   PLAINTIFF(S)      )  2:07-CV-380-MEF
                          )     (WO)
V.                    )  2:07-CV-381-MEF
                          )     (WO)
D.T. MARSHALL, et. al.,  )
   DEFENDANT(S)    )  2:07-CV-386-WKW
                          )     (WO)

MOTION FOR RECONSIDERATION

I, HENRY JOINER, Pro-Se, MOTION FOR RECONSIDERATION because, I have no money, I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived, taxed as cost, because I have no monies. In order to get Due Process of the Law and Equal Protection of the Law, and a Speedy Trial, by the 6, 7 & 14 with United States Constitution Amendments. If my case is dismiss, frivolous, my life will be in imminent danger of serious physical injury, Relief, any Relief the Court can Grant:

①

## PROOF OF SERVICE

I, Henry, Joiner, Pro-se, certify that on 16 May 2007, I did mail a copy of the Motion For Reconsideration to the Defendant(s), by placing a copy in the United States Post Office Box, to be mail to the following as:

D.T. Marshall, et. al.,
Montgomery County Sheriff Department
250 South McDonough St.
Montgomery, Alabama
36104


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
Pro-Se Henry Joiner

Address of Pro-se
Pro-Se Henry Joiner
M.C.D.F.
Book No. #1092
P.O. Box 4599
Montgomery, Alabama
36103

②

| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2    Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number<br>2:07-CV-380-MEF<br>2:07-CV-381-MEF<br>2:07-CV-386-WKW |

IN THE _United States Dist._ COURT OF _Montgomery_, ALABAMA
    (Circuit, District, or Municipal)        (Name of County or Municipality)

STYLE OF CASE: _Henry Jones_ v. _____
                Plaintiff(s)                Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☒ **CIVIL CASE** — I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
☐ **CIVIL CASE** — (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.
☐ **CRIMINAL CASE** — I am financially unable to hire an attorney and request that the court appoint one for me.
☐ **DELINQUENCY/NEED OF SUPERVISION** — I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. **IDENTIFICATION**
   Full name _Henry Jones_  Date of birth _____
   Spouse's full name (if married) _N/A_
   Complete home address _____ on 85th St. Montgomery _____
   Number of people living in household _1_
   Home telephone number _N/A_
   Occupation/Job _N/A_ Length of employment _N/A_
   Driver's license number _N/A_ *Social Security Number _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_
   Employer _N/A_ Employer's telephone number _N/A_
   Employer's address _N/A_

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)
   ☐ AFDC  ☐ Food Stamps  ☐ SSI  ☐ Medicaid  ☐ Other _N/A_

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
   Monthly Gross Income                                            $ _____
   Spouse's Monthly Gross Income (unless a marital offense)          _____
   Other Earnings: Commissions, Bonuses, Interest Income, etc.       _____
   Contributions from Other People Living in Household               _____
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc.                              _____
   Other Income (be specific) _____                        _____
   **TOTAL MONTHLY GROSS INCOME**                                   $ _____

   Monthly Expenses:
   A.  Living Expenses
       Rent/Mortgage                                              $ _____
       Total Utilities: Gas, Electricity, Water, etc.               _____
       Food                                                         _____
       Clothing                                                     _____
       Health Care/Medical                                          _____
       Insurance                                                    _____
       Car Payment(s)/Transportation Expenses                       _____
       Loan Payment(s)                                              _____

*OPTIONAL

| Form C-10 Page 2 of 2 Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
|---|---|

Monthly Expenses: (cont'd page 1)
    Credit Card Payment(s)
    Educational/Employment Expenses
    Other Expenses (be specific) _____

    Sub-Total     A $ 0

B.    Child Support Payment(s)/Alimony    $ 0
    Sub-Total     B $ 0

C.    Exceptional Expenses    $ 0

**TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only)    $ 0

Total Gross Monthly Income Less total monthly expenses:

**DISPOSABLE MONTHLY INCOME**    $ 0

4. **LIQUID ASSETS:**
    Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)    $ 0
    Equity in Real Estate (value of property less what you owe)
    Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)
    Other (be specific)
    Do you own anything else of value? ☐ Yes ☐ No
    (land, house, boat, TV, stereo, jewelry)
    If so, describe _____

**TOTAL LIQUID ASSETS**    $ 0

5. **Affidavit/Request**
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

15 day of MAY, 2007

_____       _____
Judge/Clerk/Notary      Affiant's Signature

     Henry Joiner
     Print or Type Name

## ORDER OF COURT

**SECTION II.**
    IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
    ☐ Affiant is not indigent and request is DENIED.
    ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows:
    ☐ Affiant is indigent and request is GRANTED.
    ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, ____.

_____
Judge



MONTGOMERY AL 361
17 MAY 2007 PM

INMATE MAIL

36101+0711 B007