## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **HENRY JOINER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-386-WKW |
| | ) |
| **SHERIFF D. T. MARSHALL,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

On May 10, 2007, the Magistrate Judge filed an Order and Recommendation (Doc. # 3) in this case. On May 18, 2007, the Plaintiff filed a Motion for Reconsideration (Doc. #4). Upon an independent and *de novo* review of the file in this case, and having considered the plaintiff's Motion for Reconsideration (Doc. #4) as an objection to the recommendation, it is hereby ORDERED that:

1. The objection (Doc. #4) is OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. #3) is ADOPTED.

3. The motion for leave to proceed *in forma pauperis* is DENIED.

An appropriate judgment will be entered.

DONE this 5th day of June, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE